IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GINGER WHITESIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  3:05-cv-207-GPM |
| ) | |
| JOHNSONDIVERSEY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the Motion for Leave to File Third Party Complaint (Doc. 40) filed by the defendant, JohnsonDiversey, Inc., on September 14, 2005, and the Motion for Leave to File Third Party Complaint (Doc. 46) filed by the defendant H.P. Products, Corporation, on September 26, 2005.   The motions are consolidated and **GRANTED.**

This case was removed from state court on March 23, 2005.  Defendant JohnsonDiversey filed an answer on April 1, 2005 (Doc. 8) and filed their motion for leave to file a third party complaint on September 14, 2005 (Doc. 40).   Defendant H.P. Products filed an answer on May 20, 2005 (Doc. 25) and filed a motion to for leave to file a third party complaint on September 16, 2005 (Doc. 44).   Both motions have been filed within six months of the removal of this case to Federal Court.   Plaintiff has not filed a response to defendants' motions requesting leave to file a third-party complaint.  See SDIL-LR 7.1(g).

**DATED: October 14, 2005.**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
