# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GINGER WHITESIDE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 05-207-GPM |
| ) | |
| **JOHNSONDIVERSEY, INC., d/b/a S.C.** ) | |
| **JOHNSON PROFESSIONAL and/or** ) | |
| **JOHNSON WAX PROFESSIONAL, and** ) | |
| **H.P. PRODUCTS CORPORATION,** ) | |
| ) | |
| **Defendants/Third-** ) | |
| **Party Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **PROTESTANT MEMORIAL MEDICAL** ) | |
| **CENTER, INC., d/b/a MEMORIAL** ) | |
| **HOSPITAL OF BELLEVILLE, ILLINOIS,** ) | |
| ) | |
| **Third-Party Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court on a notice by Plaintiff of voluntary dismissal with prejudice, which the Court construed as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).  *Doc. 78*.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**

pursuant to the parties' settlement.  The parties shall bear their own costs.

**DATED**:   06/29/06

                                            NORBERT G. JAWORSKI, CLERK


                                            By:  s/ Linda M. Cook
                                                  Deputy Clerk


APPROVED:  s/ G. Patrick Murphy
                G. PATRICK MURPHY
                CHIEF U.S. DISTRICT JUDGE